IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GREGORY D. VANG, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:17CV3039 |
| v. | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | **ORDER** |
| Defendant. | ) | |

IT IS ORDERED:

1. Plaintiff's unopposed Motion for Enlargement of Time (Filing No. 16) to file a brief in support of his Motion for Order reversing the Commissioner's decision (Filing No. 15) is granted;

2. Plaintiff's brief in support of his Motion for Order reversing the Commissioner's decision (Filing No. 15) shall be filed on or before July 27, 2017;

3. The Commissioner shall file a motion for an order affirming the Commissioner's decision, or granting other relief, with supporting brief on or before August 28, 2017; and

4. Plaintiff may file a reply brief on or before September 11, 2017, after which this matter shall be considered submitted for decision.

DATED this 26th day of June, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge